IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Maryanne Olynyk, M.D.,                                                  Case No. 3:04CV7249

        Plaintiff

   v.                                                                                    ORDER

CRA Occupational Health, Inc., et al.,

        Defendant

      The prevailing parties in this case have filed their bills of costs. Plaintiff has responded with the observation that the bills should be deemed tardy, because filed about a month after the decision in the Court of Appeals affirming the judgement entered by the undersigned in the defendants' favor.

      Defendants point out that their bills were filed within about a month after the issuance of the Sixth Circuit's opinion and less than a week after its mandate issued.

      This delay does not strike me as inappropriate, although I can anticipate and understand that plaintiff is both surprised and displeased at being assessed costs nineteen months after this I issued my judgment, that is not a basis for rejecting the bills.

      The bills are otherwise unopposed. On review, I find they satisfy the statutory criteria.

      For the foregoing reasons, it is

ORDERED THAT the bills of costs submitted by the defendants be, and the same hereby are approved. Defendant DaimlerChrsyer Corporation granted fees in the amount of $2,455.86. Defendant CRAssociates, Inc., granted fees in the amount of $1,664.00.

So ordered.

s/James G. Carr
James G. Carr
Chief Judge